**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JAMES MICHAEL FORD                                                               PLAINTIFF
#52371

VS.                                       No. 3:23-cv-00246-BRW

DOES                                                                             DEFENDANTS

**ORDER**

James Michael Ford has not complied with the December 13, 2023 order directing him to

pay the filing fee or file a properly completed application to proceed *in forma pauperis*, and file

an amended complaint.[1] The time to do so has expired. Thus, this case is dismissed without

prejudice due to a lack of prosecution.[2] I certify that an *in forma pauperis* appeal from this order

would not be taken in good faith.[3]

IT IS SO ORDERED this 5th day of April, 2024.

_____
BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

---

[1]  Doc. 2.

[2]  Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

[3]  28 U.S.C. § 1915(a)(3).