IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JAMES MICHAEL FORD**                                                                **PLAINTIFF**
**#52371**

**VS.**                      **No. 3:23-cv-00246-BRW**

**DOES**                                                **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 5th day of April, 2024.

                                                                         BILLY ROY WILSON
                                                              UNITED STATES DISTRICT JUDGE